Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCOY, et al.,  )
          Plaintiff(s),  )  Case No: 5:20-cv-05427
v.  )
ALPHABET INC., et al.  )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
          Defendant(s).  )  (CIVIL LOCAL RULE 11-3)

I, Christian Levis, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Robert McCoy in the above-entitled action. My local co-counsel in this case is Willem Jonckheer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Lowey Dannenberg, P.C.<br>44 South Broadway, Suite 1100 | Schubert Jonckheer & Kolbe LLP<br>Three Embarcadero Center, Suite 1650 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (914) 997-0500 | (415) 788-4220 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| clevis@lowey.com | wjonckheer@sjk.law |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY5153853.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/06/20          Christian Levis
                                           APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christian Levis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 7, 2020          *Susan van Keulen*
                               UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE