Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCOY, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ALPHABET INC., et al. <br><br> Defendant(s). | Case No: 5:20-cv-05427 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Anthony Christina, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Robert McCoy in the above-entitled action. My local co-counsel in this case is Willem Jonckheer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Lowey Dannenberg, P.C. <br> 100 Front St., Suite 520 | Schubert Jonckheer & Kolbe LLP <br> Three Embarcadero Center, Suite 1650 |
| MY TELEPHONE # OF RECORD: <br> (215) 399-4770 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 788-4220 |
| MY EMAIL ADDRESS OF RECORD: <br> achristina@lowey.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> wjonckheer@sjk.law |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA322528.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/06/20

Anthony Christina
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Anthony Christina is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 7, 2020

*Susan van Keulen*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE