Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCOY, et al.,

    Plaintiff(s),

v.

ALPHABET INC., et al.

    Defendant(s).

Case No: 5:20-cv-05427

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Henry Kusjanovic, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Robert McCoy in the above-entitled action. My local co-counsel in this case is Willem Jonckheer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Lowey Dannenberg, P.C.<br>44 South Broadway, Suite 1100 | Schubert Jonckheer & Kolbe LLP<br>Three Embarcadero Center, Suite 1650 |
| MY TELEPHONE # OF RECORD:<br>(914) 997-0500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 788-4220 |
| MY EMAIL ADDRESS OF RECORD:<br>hkusjanovic@lowey.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>wjonckheer@sjk.law |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY5143573.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/06/20

    Henry Kusjanovic
    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Henry Kusjanovic is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 7, 2020

    */s/ Susan van Keulen*
    UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE