UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCOY,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE, LLC,<br><br>        Defendant. | Case No. 20-cv-05427-SVK<br><br>**ORDER DENYING DEFENDANT GOOGLE LLC'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION**<br><br>Re: Dkt. No. 49 |

On March 10, 2021, Defendant Google LLC ("Defendant") filed a motion for leave to file motion for partial reconsideration. Dkt. 49. The motion for leave to file the motion for partial reconsideration is **DENIED**.

**SO ORDERED.**

Dated: March 12, 2021

SUSAN VAN KEULEN
United States Magistrate Judge