KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
IAN KANIG - # 295623
ikanig@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCOY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ALPHABET INC., et al.,<br><br>    Defendants. | Case No. 5:20-cv-05427-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge:  Hon. Susan van Keulen<br><br>Date Filed: August 5, 2020 |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Robert McCoy and Defendant Google LLC (the "Parties") hereby jointly stipulate and agree as follows:

WHEREAS Google filed a motion to dismiss Plaintiff's Amended Class Action Complaint on March 18, 2021, and noticed its motion for hearing on May 4, 2021;

WHEREAS Google's counsel has requested, and Plaintiff does not oppose, a modification of the briefing schedule on Google's motion to dismiss in order to accommodate counsel's schedule; and

WHEREAS the Parties have met-and-conferred on a briefing schedule.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, through their respective counsel, and subject to the Court's approval, that:

a) Plaintiff shall have until April 8, 2021 to file an opposition brief in response to Google's motion to dismiss; and

b) Google shall have until April 22, 2021 to file a reply brief in support of its motion to dismiss.

Good cause supports this stipulation, as set forth in the accompanying declaration of Benjamin Berkowitz.

Dated: March 22, 2021
KEKER, VAN NEST & PETERS LLP

By: /s/ Benjamin Berkowitz
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
IAN KANIG
CHRISTINA LEE

Attorneys for Defendant
GOOGLE LLC

| | | |
|---|---|---|
| 1 | Dated: March 22, 2021 | SCHUBERT JONCKHEER & KOLBE LLP |
| 2 | | LOWEY DANNENBERG, P.C. |
| 3 | | By:   */s/ Amanda Fiorilla* |

Robert C. Schubert (S.B.N. 62684)
Willem F. Jonckheer (S.B.N. 178748)
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law

Christian Levis (pro hac vice)
Amanda Fiorilla (pro hac vice)
Henry Kusjanovic (pro hac vice)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
hkusjanovic@lowey.com

Anthony M. Christina (pro hac vice)
LOWEY DANNENBERG, P.C.
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Facsimile: (914) 997-0035
achristina@lowey.com

Attorneys for Plaintiff
ROBERT McCOY

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: March 23, 2021

_____
Honorable Susan van Keulen