KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
IAN KANIG - # 295623
ikanig@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT McCOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05427-SVK<br><br>**JOINT STATUS REPORT**<br><br>**Regarding Order at Dkt. No. 73.**<br><br>Judge:    Hon. Susan van Keulen<br><br>Date Filed: August 5, 2020 |

**JOINT STATUS REPORT**

Pursuant to the Court's September 22, 2021 Order Directing the Parties to Meet and Confer, counsel for the Parties met-and-conferred via videoconference on September 23, 2021 regarding Google's August 6, 2021 motion to compel arbitration and to stay (Dkt. 65) and Plaintiff Robert McCoy's September 17, 2021 motion for leave to file a second amended class action complaint (Dkt. 71). Despite the Parties' meet-and-confer efforts, the Parties were unable to resolve either motion by stipulation. The parties will promptly update the Court if they reach resolution on either motion. Otherwise, each party will explain their opposition to the other side's motion in briefing that will be filed shortly.

Dated: September 27, 2021                                KEKER, VAN NEST & PETERS LLP

                                                         By:  /s/ Benjamin Berkowitz
                                                              BENJAMIN BERKOWITZ
                                                              THOMAS E. GORMAN
                                                              IAN KANIG
                                                              CHRISTINA LEE

                                                              Attorneys for Defendant
                                                              GOOGLE LLC

| | | |
|---|---|---|
| 1 | Dated: September 27, 2021 | SCHUBERT JONCKHEER & KOLBE LLP |
| 2 | | LOWEY DANNENBERG, P.C. |
| 3 | By: | */s/ Christian Levis* |
| 4 | | Christian Levis (pro hac vice) |
| | | Amanda Fiorilla (pro hac vice) |
| 5 | | LOWEY DANNENBERG, P.C. |
| | | 44 South Broadway, Suite 1100 |
| 6 | | White Plains, NY 10601 |
| | | Telephone: (914) 997-0500 |
| 7 | | Facsimile: (914) 997-0035 |
| | | clevis@lowey.com |
| 8 | | afiorilla@lowey.com |
| 9 | | |
| | | Robert C. Schubert (S.B.N. 62684) |
| 10 | | Willem F. Jonckheer (S.B.N. 178748) |
| | | SCHUBERT JONCKHEER & KOLBE LLP |
| 11 | | Three Embarcadero Center, Suite 1650 |
| | | San Francisco, California 94111 |
| 12 | | Telephone: (415) 788-4220 |
| | | Facsimile: (415) 788-0161 |
| 13 | | rschubert@sjk.law |
| 14 | | wjonckheer@sjk.law |
| 15 | | Attorneys for Plaintiff |
| 16 | | ROBERT McCOY |

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 27, 2021                     */s/ Benjamin Berkowitz*
                                              Benjamin Berkowitz