UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCOY,<br>　　　　　Plaintiff,<br>　　v.<br>GOOGLE, LLC,<br>　　　　　Defendant. | Case No. 20-cv-05427-SVK<br><br>**ORDER CLOSING CASE FILE**<br>Re: Dkt. No. 85 |

This case was dismissed on November 9, 2021. Dkt. 85. The Clerk of the Court is directed to close the file.

**SO ORDERED.**

Dated: November 10, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge